FILED: October 11, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1871
(8:23-cv-01736-BHH)

_____

PICKENS COUNTY BRANCH OF THE NAACP; REBECCA TURNER, on behalf of minor children J.T. and G.T.; BRANDON TURNER, on behalf of minor children J.T. and G.T.; SUSANNA ASHTON, on behalf of minor children H.L. and C.L.; PETER LAURENCE, on behalf of minor children H.L. and C.L.; REBA KRUSE, on behalf of minor children S.K. and R.K.; DERRICK KRUSE, on behalf of minor children S.K. and R.K.

        Plaintiffs - Appellants

v.

SCHOOL DISTRICT OF PICKENS COUNTY

        Defendant - Appellee

_____

O R D E R
_____

Upon consideration of appellants' motion for summary disposition and to remand case, the court grants the motion, vacates the district court's order denying plaintiffs' motion for preliminary injunction, and remands this case to the district court for further proceedings.

Entered at the direction of the panel: Judge Thacker, Judge Rushing, and Judge Heytens. Judge Rushing would defer action on the motion until briefing in this case is complete.

                                                For the Court

                                                /s/ Nwamaka Anowi, Clerk