FILED: November 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1871
(8:23-cv-01736-BHH)

_____

PICKENS COUNTY BRANCH OF THE NAACP; REBECCA TURNER, on behalf of minor children J.T. and G.T.; BRANDON TURNER, on behalf of minor children J.T. and G.T.; SUSANNA ASHTON, on behalf of minor children H.L. and C.L.; PETER LAURENCE, on behalf of minor children H.L. and C.L.; REBA KRUSE, on behalf of minor children S.K. and R.K.; DERRICK KRUSE, on behalf of minor children S.K. and R.K.

       Plaintiffs - Appellants

v.

SCHOOL DISTRICT OF PICKENS COUNTY

       Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered October 11, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*